UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIUS CORNELL MURRAY | CIVIL ACTION |
| VERSUS | NO. 17-2973 |
| KEITH LUCASCIO ET AL. | SECTION "N" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on May 11, 2017 (Rec. Doc. No. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE**, either as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) or under Heck v. Humphrey, 512 U.S. 477 (1994).

New Orleans, Louisiana, this 19th day of May, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE